S06A1596. BOYD v. ST. LAWRENCE.
(637 SE2d 687)

SEARS, Chief Justice.

In this pre-trial habeas action, the appellant, Dick Boyd, contended that he was entitled to be released from custody because he had not been taken before a "judicial officer authorized to receive an affidavit and issue a warrant"[1] within 48 hours of his warrantless arrest as required by OCGA § 17-4-62. Boyd, however, was indicted shortly after he brought his habeas action, thus rendering moot any question regarding whether he should have been brought before a

---

[1] OCGA § 17-4-62.

neutral factfinder[2] under OCGA § 17-4-62.[3] Accordingly, the trial court properly denied his petition for habeas relief.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 20, 2006.

Dick L. Boyd, *pro se.*
Emily E. Garrard, R. Jonathan Hart, for appellee.

---

[2] *Dean v. State*, 250 Ga. 77, 81 (295 SE2d 306) (1982) (purpose of OCGA § 17-4-62 is simply "to insure that the arrest and continuing detention of an accused is reviewed by a neutral factfinder").

[3] See *Ross v. Lemacks*, 264 Ga. 839 (452 SE2d 109) (1995) (although OCGA § 17-4-26 provides that a defendant must be released from custody if not provided a commitment hearing within 72 hours of his arrest pursuant to a warrant, a defendant's indictment moots question of whether he should have been brought before a judicial officer within 72 hours).